27 So.2d 513

### Latt KELLEY v. STATE.

### 4 Div. 421.

Supreme Court of Alabama.
Oct. 10, 1946.

T. R. Ward, of Abbeville, and Lee & Lee and Jas. L. Tindell, all of Dothan, for petitioner.

Wm. N. McQueen, Atty. Gen., and Jas. T. Hardin, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of Latt Kelley for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Kelley v. State, Ala.App., 27 So.2d 512.

Writ denied.

FOSTER, LAWSON, and STAKELY, JJ., concur.